UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS TORRES RAMIREZ,<br><br>    Plaintiff,<br><br>v.<br><br>VAL, et al.,<br><br>    Defendants. | Case No. 4:24-cv-02969-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 5 |

Plaintiff filed this civil action and two applications to proceed *in forma pauperis*. On May 30, 2024, the Court considered the second IFP application to be the operative one and denied it without prejudice because it was incomplete to the point where the undersigned could not determine whether Plaintiff qualified for IFP status. (Dkt. No. 5 at 1.) Plaintiff was ordered to file an amended IFP application or pay the filing fee by June 21, 2024. *Id.* To date, Plaintiff has not filed an amended IFP application or paid the filing fee.

Accordingly, the Court ORDERS Plaintiff to show cause, by **August 2, 2024,** why the case should not be dismissed for failure to prosecute. In responding, Plaintiff must explain why he did not timely file an amended IFP application or pay the filing fee as ordered. Additionally, by **August 2, 2024**, Plaintiff is ordered to either file an amended IFP application or pay the filing. Failure to respond to the order to show cause and either pay the filing or file an amended IFP application by the deadline may result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: June 26, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge