UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS TORRES RAMIREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>VAL, et al.,<br><br>        Defendants. | Case No.  24-cv-02969-EMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; AND DISMISSING CASE WITH PREJUDICE**<br><br>Docket No. 11 |

    Plaintiff Elias Torres Ramirez has filed suit against Defendants Theresa Tommasi, "Val," and Travis Kelce.  He alleges that Defendants are, *inter alia*, violating his freedom to marry and communicate and seeks as relief "immediate re-unification with Taylor Alison Swift and family." Compl. at 8.  Now pending before the Court is Judge Westmore's report and recommendation ("R&R").  In the R&R, Judge Westmore recommends that the case be dismissed for failure to pay the filing fee.  She further recommends that the case be dismissed with prejudice because the factual allegations in the complaint are plainly frivolous.

    The Court has reviewed Judge Westmore's R&R and finds it thorough, well reasoned, and persuasive.  Accordingly, it adopts the R&R in its entirety and dismisses this case with prejudice.

    The Court notes that Mr. Ramirez did not file any objections to the R&R.  He did – untimely – file a document captioned "Amended Letter 2." *See* Docket No. 13.  But this document is irrelevant as it now names Taylor Swift as the defendant.  Even if the Court were to construe the document as an amended complaint, the factual allegations in support are also plainly frivolous.  *See, e.g.*, Docket No. 13 (Amended Letter 2 at 19) ("I should not have to explain that because she is my spouse, I need help knowing where she is at or will be at.  It is automatic

because she is my spouse and she pertains to me.  I have the right to defend her and our family. [¶] Need immediate re-unification purposes as soon as possible with spouse & family.  Taylor Alison Swift & Elias Torres Ramirez.").

      The Clerk of the Court is instructed to enter a final judgment in accordance with this order and close the file in this case.

**IT IS SO ORDERED**.

Dated: September 30, 2024

_____
EDWARD M. CHEN
United States District Judge